IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM JOSEPH BROWN,              : | |
|     Plaintiff,              : | CIVIL ACTION |
|                   : | |
| v.              : | NO. 23-CV-0171 |
|                   : | |
| D. GARNETTE, *et al.*,              : | |
|     Defendants.              : | |

**ORDER**

**AND NOW** this 27th day of June, 2023, upon consideration of Defendants' Motion to Dismiss Complaint (Doc. No. 15) and Plaintiff's opposition brief (Doc. No. 19), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

    1.    The motion is **DENIED AS MOOT** to the extent it seeks dismissal of Plaintiff's official capacity claims.

    2.    The motion is **DENIED** to the extent it seeks dismissal of Plaintiff's Eighth Amendment claims against Defendants Huner, Joseph, and Young.

    3.    The motion is **GRANTED** to the extent it seeks dismissal of Plaintiff's First Amendment claims against all Defendants.  Plaintiff's First Amendment claims are **DISMISSED WITHOUT PREJUDICE.**  Plaintiff may amend his Complaint if he can, in good faith, correct the issues identified by the Court in the accompanying Memorandum.  Plaintiff's amended complaint, if any, is due **July 18, 2023.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**